IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GOLDSMITH ASSOCIATES, INC.,<br>　　Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 09 - 1359 |
| DEL FRISCO's OF PHILADELPHIA, INC., DEL FRISCO's RESTAURANT GROUP, LLC, LONE STAR STEAKHOUSE AND SALOON, INC., CHEST-PAC ASSOCIATES, L.P., and GRASSO HOLDING ACQUISITIONS, INC.<br>　　Defendants. | : | |

## ORDER

AND NOW, this 1st day of October, 2009, upon consideration of Defendants' Del-Frisco's of Philadelphia, Inc., Del Frisco's Restaurant Group, LLC, and Lone Star Steakhouse and Saloon, Inc.'s Motion to Dismiss Counts I, II, and V of the First Amended Complaint Pursuant to Rule 12(b)(6) (Document No. 20, filed June 8, 2009); Defendants' Grasso Holdings Acquisitions, Inc. and Chest-Pac Associates, L.P., Motion to Dismiss Counts III, IV and V of Plaintiff's Amended Complaint (Document No. 21, filed June 8, 2009); and related submissions of the parties, for the reasons set forth in the Memorandum dated October 1, 2009, **IT IS ORDERED** that Defendants' Del-Frisco's of Philadelphia, Inc., Del Frisco's Restaurant Group, LLC, and Lone Star Steakhouse and Saloon, Inc.'s Motion to Dismiss Counts I, II, and V of the First Amended Complaint Pursuant to Rule 12(b)(6) (Document No. 20) and Defendants'

Grasso Holdings Acquisitions, Inc. and Chest-Pac Associates, L.P., Motion to Dismiss Counts III, IV and V of Plaintiff's Amended Complaint (Document No. 21) are **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff is granted leave to file a second amended complaint consistent with the Memorandum dated October 1, 2009 within twenty days of the entry of the this order, if warranted by the facts.

BY THE COURT:

JAN E. DUBOIS, J.